No. 04–8890. JOHNSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–8895. ESHAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 04–8897. LAMAR-HOGAN v. GEORGIA DEPARTMENT OF LABOR. Super. Ct. Hancock County, Ga. Certiorari denied.

No. 04–8907. BINGHAM v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–8910. APPLEBY v. BUTLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8913. DULANEY v. TONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8914. KING v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 04–8918. MILLS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–8922. DANIEL v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8926. TYRELL v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–8928. WOLFGANG v. CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8929. WALKER v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8931. CERVANTE v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8936. WALLS v. SECURITY ENFORCEMENT BUREAU OF NEW YORK, INC., ET AL. C. A. 4th Cir. Certiorari denied.